FILED

08/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0222

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 21-0222**

| | |
|---|---|
| IN RE THE GUARDIANSHIP OF B.K., <br><br> A minor child. <br><br> MARGARET LOUISE KLUBBEN and FRED KLUBBEN, <br><br>      Petitioners/Appellees, <br><br> and <br><br> JESSICA SMALLING and JASON KLUBBEN, <br><br>      Respondents/Appellants. | **ORDER DISMISSING APPEAL** |

This matter came before the Court on Appellant Jason Kluben's Motion to Voluntarily Dismiss Appeal, filed pursuant to M.R.App. P. 16(4). Having considered the same, and for good cause shown,

IT IS HEREBY ORDERED that this matter is dismissed.

DATED and electronically signed as indicated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 20 2021